# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 188 MAL 2020

Petitioner :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

ALBERT FRASCHETTI, :

Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.